**This order is SIGNED.**

**Dated: November 28, 2022**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

kw

Aaron A. Nilsen #7950
Utah Bankruptcy Clinic, LC
1140 36th Street, Suite 205
Ogden, UT  84403
Telephone: (801) 721-9633
Facsimile: (801) 683-0688

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:  VARGAS, JOSE SACRAMENTO & JESSICA ALYCE<br><br>Debtor(s) | Bankruptcy No.: 22-24164<br>Chapter 13<br><br>Judge:   KEVIN R. ANDERSON |
|---|---|

**ORDER ON MOTION TO INCUR DEBT TO PURCHASE A VEHICLE
AND PAY ATTORNEY FEES**

This matter came before the Court on Debtors' Motion to Incur Debt to Purchase a Vehicle and Pay Attorney Fees.  The Court has reviewed the Motion and finds good cause therein.  It is hereby Ordered:

1. The Debtors' Motion is granted.

2. The debtors may incur debt to purchase a vehicle on substantially the same terms as set forth in the motion, to wit: loan principal debt of $25,237.35 with

an interest rate of approximately 22.99 per cent for 72 months and monthly payments of approximately $525.00.

3. Debtors shall provide a copy of the final purchase contract to the trustee within three days of finalizing the purchase.

4. Attorney fees of $617.50 are allowed and shall be paid as an administrative expense out of fees on hand.

5. The hearing on this matter is stricken.

## CERTIFICATE OF DELIVERY

I hereby certify that on this 26th day of November, 2022, I delivered a true and correct copy of the PROPOSED ORDER to the following:

☒ Electronic Transmission

Lon A. Jenkins, TRUSTEE – ECF Recipient

US TRUSTEE'S OFFICE – ECF Recipient

☒ U.S. MAIL TO RECIPIENTS ON THE CREDITOR MATRIX.

_____/s/_____
Janet Kucala