Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE:** | **CASE: 22-24164** |
| Jose Sacramento Vargas<br>Jessica Alyce Vargas | **CHAPTER 13** |
| **Debtors** | **Hon. KEVIN R. ANDERSON** |

**TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION**

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Restatement of Issues from Prior Objection(s):**

1. The payment advices required by § 521(a)(1)(B)(iv) show <u>more</u> income for Jessica Alyce Vargas than is reported on Schedule I.

2. The Trustee is unable to verify the following income listed on the Schedule I:  Jose Sacramento Vargas' Door Dash income.

3. The Debtor(s) list on Schedule I a deduction for Checking/Savings. The Debtor(s) should either substantiate this expense with admissible, documentary evidence, or remove it from Schedule I.

4. Schedule A/B fails to properly value the following property of the estate: Venmo and Paypal financial accounts.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: December 12, 2022　　　　　　　　LAJ /S/
　　　　　　　　　　　　　　　　　　　　LON A. JENKINS
　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on December 12, 2022:

AARON A. NILSEN, ESQ., ECF Notification

　　　　　　　　　　　　　　　　　　　　/s/ Pauline Thayne